UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY A. DAMON, | : |
| Plaintiff | : CIVIL ACTION NO. 3:19-1128 |
| v. | : |
| | : (JUDGE MANNION) |
| N.P.S. ENERGY SERVICES, INC., | : |
| Defendant | : |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Mehalchick, **(Doc. 14)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** The plaintiff's second amended complaint, **(Doc. 11)**, is **DISMISSED WITH PREJUDICE**, pursuant to 28 U.S.C. §1915(e)(2)(B);

**(3)** The plaintiff is **DENIED** leave to file a third amended complaint based on futility; and

**(4)** The clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: May 27, 2021
19-1128-01-ORDER